Ward, Appellant, *v.* Philadelphia Electric Company.

Argued December 4, 1973. *Robert G. Ward*, appellant, in propria persona; *Michael Lehr*, with him *Lisa J. Holzsager, John J. Tinaglia*, and *Ballard, Spahr, Andrews and Ingersoll*, for appellee.

Order affirmed.

SPAULDING, J., absent.

April 3, 1974

Anthony Robert Properties, Inc. *v.* Industrial Valley Bank & Trust Co., Appellant.

Argued December 6, 1973. *Ira P. Tiger*, with him *Schnader, Harrison, Segal & Lewis*, for appellant; *Joseph A. Ryan*, with him *Duane, Morris & Heckscher*, for appellee.

Judgment affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

SPAULDING, J., absent.